

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00008-CV

HENRY CLAY MCCANT, Appellant

V.

CALIBER HOME LOANS, INC., Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 22C140

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Appellant, Henry Clay McCant, filed a timely notice of appeal on January 24, 2023. The clerk's record was filed on March 1, 2023, and the reporter's record was filed on March 3, 2023. The original deadline for McCant's appellate brief was April 3, 2023. When McCant failed to timely file his appellate brief, this Court advised McCant that his brief was late and extended the deadline for filing the brief to May 4, 2023.

On May 2, 2023, we received a document that purported to be McCant's appellate brief. On that same date, we sent McCant a letter explaining that, for numerous reasons, the document we received was inadequate to serve as a brief because it did not meet the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. In our letter, we provided McCant with a detailed explanation of why the document he provided to this Court failed to comply with Rule 38.1. We informed McCant that, if he did not file a brief that complied with Rule 38.1 by May 23, 2023, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

On May 22, 2023, McCant provided this Court with a second document that we construed as a revised brief. That document also failed to comply with the requirements of Rule 38.1. Because McCant has failed to provide this Court with a brief meeting the requirements of Rule 38.1, McCant's appeal is ripe for dismissal.[1]

---

[1]Having provided McCant with ample opportunity to file a proper brief in this matter, we are disinclined to provide him with further direction on how to file a brief that complies with Rule 38.1 of the Texas Rules of Appellate Procedure. Moreover, we do not have the opposing party's brief and, therefore, cannot affirm upon that brief without examining the record. *See* TEX. R. APP. P. 38.8(a)(3).

Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8, 42.3; *see also Running v. City of Athens*, No. 12-18-00047-CV, 2018 WL 2326775, at \*1 (Tex. App.—Tyler, May 23, 2018, no pet.) (per curiam) (mem. op.).

Charles van Cleef
Justice

Date Submitted:    May 31, 2023
Date Decided:    June 1, 2023